Phone: 920.231.2150
Fax: 920.231.5713
Email: kalina@ch13oshkosh.com

# THOMAS J. KING
## Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
2950 Universal Court
P O Box 3170
Oshkosh, WI 54903-3170

January 16, 2014

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check # 469506 in the amount of $33.21 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 2009-29521-SVK – Dalinda Galaviz, issued as a payment to creditor Laura & Armida Gonzalez, and funds issued have become stale-dated (more than 90 days from date of issue). Our office has made attempts to contact the creditor without success. The last address we had on file was 309 Lawton, EL Paso, TX 79902.

Sincerely,

Kalina N. Xiong
Chapter 13 Accounting Manager

Enclosure: Check #469506

CC:
    Laura & Armida Gonzalez