Phone: 920.231.2150
Fax: 920.231.5713
Email: kalina@ch13oshkosh.com

# THOMAS J. KING
## Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
2950 Universal Court
P O Box 3170
Oshkosh, WI 54903-3170

April 23, 2014

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check # 473508 in the amount of $273.13 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 2009-29521-SVK – Dalina Galaviz, issued as a payment to creditor CitiFinancial, and funds issued have become stale-dated (more than 90 days from date of issue). Our office has made attempts to contact the creditor without success. The last address we had on file was 1154 West 103rd Street, Kansas City, Mo 64114.

Sincerely,

Kalina Xiong

Kalina N. Xiong
Chapter 13 Accounting Manager

Enclosure: Check #473508

CC:
CitiFinancial

FILED – MAIL
2014 APR 24 AM 11:10
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI