Phone: 920.231.2150
Fax: 920.231.5713
Email: kalina@ch13oshkosh.com

# THOMAS J. KING
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
**2950 Universal Court**
**P O Box 3170**
**Oshkosh, WI 54903-3170**

June 18, 2014

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check # 476036 in the amount of $753.23 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 2009-29521-SVK – Dalinda Galaviz, issued as a payment to creditor Laura and Armida Gonzalez, and funds issued have become stale-dated (more than 90 days from date of issue). Our office has made attempts to contact the creditor without success. The last address we had on file was 309 Lawton, EL Paso TX 79902.

Sincerely,

Kalina N. Xiong
Chapter 13 Accounting Manager

Enclosure: Check #476036

CC:
    Laura & Armida Gonzalez

FILED – MAIL 2014 JUN 20 AM 10:16 US BANKRUPTCY COURT EASTERN DISTRICT OF WI