Phone: 920.231.2150
Fax: 920.231.5713
Email: kalina@ch13oshkosh.com

# THOMAS J. KING
## Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
2950 Universal Court
P O Box 3170
Oshkosh, WI 54903-3170

September 19, 2014

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check # 481056 in the amount of $1040.82 which is being sent to you as unclaimed funds. These funds are from:

Chapter 13, Case No. 2009-29521-SVK- Dalinda Galaviz, issued as a payment to the following creditors and funds issued have were returned by the postal office without a forwarding address. Our office has made attempts to contact these creditors without success.

**Laura and Armida Gonzalez** for $699.45, the last address we had for this creditor is 309 Lawton, El Paso TX 79902.

**CitiFinancial** for $341.37, the last address we had for this creditor is 1154 West 103rd Street, Kansas City, MO 64114.

Sincerely,

*Kalina Xiong*

Kalina N. Xiong
Chapter 13 Assistant

Enclosure: Check #481056

CC:
    Laura and Armida Gonzalez
    CitiFinancial